IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TASHA ALEXANDER,          Case Number: 1:11-cv-295

                                      Judge Timothy S. Black

        Plaintiff

  vs.

TRILOGY HEALTH SERVICES, LLC,

        Defendant.

## CONDITIONAL ORDER OF DISMISSAL

This civil action having settled in the presence of the Court;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

                                                *s/ Timothy S. Black*
                                                Timothy S. Black
                                                United States District Judge